COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present:   Judges Elder, Alston and Senior Judge Coleman

REBECCA N. WHITTINGTON

                                                    MEMORANDUM OPINION[*]
v.       Record No. 0335-13-2                            PER CURIAM
                                                       JULY 16, 2013
VIRGINIA RETIREMENT SYSTEM


FROM THE CIRCUIT COURT OF SPOTSYLVANIA COUNTY
David H. Beck, Judge

(John Barry Donohue, Jr., on briefs), for appellant.

(Kenneth T. Cuccinelli, II, Attorney General; Brian J. Goodman,
Legal Affairs & Compliance Coordinator, on brief), for appellee.


        Rebecca N. Whittington appeals a decision of the Circuit Court of Spotsylvania County

affirming the final case decision of the Virginia Retirement System (VRS) denying her claim for

disability retirement benefits.  On appeal, Whittington contends the circuit court erred in:

(1) affirming the decision of VRS because such denial was not supported by substantial evidence or

by substantial evidence on the whole record; (2) denying her request to reverse the decision of VRS

denying her application for disability retirement benefits because such denial was not supported by

substantial evidence or by substantial evidence on the whole record; and (3) denying her application

for reasonable costs and attorney's fees because she should have prevailed on her claim for

disability retirement benefits.  We have reviewed the record, VRS's final case decision, and the final

decision of the circuit court, and find no reversible error.  Accordingly, we affirm for the reasons

fully set forth by the circuit court in its final order incorporating its bench ruling of January 16,

2013.  See Whittington v. Virginia Retirement System, Case No. CL11-1330 (Jan. 29, 2013).  We

_____

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

dispense with oral argument and summarily affirm because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.  See Code § 17.1-403; Rule 5A:27.

                                                                                        Affirmed.